UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jan 15  2 05 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA,    :

               Plaintiff,   :

                  v.                :

(Shonda Johnson)
Shonda F. Reaves,            :    COURT NO: 3:01CV01467 (JBA)

              Defendant,   :

                and          :
Hasler Inc.
Payroll Department           :
19 Forest Parkway,
Shelton, CT                  :

              Garnishee.   :

### ANSWER OF THE GARNISHEE

I, __Cynthia Jurzynski__, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

    IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name

of _____.
    state full name and address of business

    IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of the Garnishee's partnership

    IF GARNISHEE IS A CORPORATION:

    That he/she is the __Staff Accountant-Payroll__ of Garnishee, a
                        (state official title)

corporation, organized under the laws of the State of __Delaware__

    On __Jan. 14, 2004__, ~~2003~~ Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

X___  ____    1. Defendant was in my/our employ.

2. Pay period is ___ weekly, _X_ bi-weekly, ___ semi-monthly, ___ monthly.

1/11/2004   Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

1/24/2004   Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

(a) Gross Pay                          $ 1175.25
(b) Federal income tax                 $ 63.00
(c) F.I.C.A income tax                 $ 89.91
(d) State income tax                   $ 58.76
Total of tax withholdings              $ 211.67
Net Wages                              $ 963.58 *
(less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim:_____

_____

\*\* Check 1 and/or 2 if applicable\*\*

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Shonda F. Reaves,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____1/14/2004_____ at
                                       (date)

_____129 Wooster Ave, Stratford, CT  06497_____
(state street address, city, state and zip code)

or hand delivered to _____
                          (state actual address of where it was hand delivered)

on _____
   (date)


_____*Cynthia Jurzynski*_____
        (Affiant's signature)

Subscribed and sworn to before me this 14th day of January, 20_04_.

_____*[signature]*_____
Notary Public

My Commission expires: _____**John W. DeMunda**
                                             **Notary Public**
                                 **My Commission Expires June 30, 2008**

The *Original Answer* must be mailed to:

>United States District Court
>Office of the Clerk
>141 Church Street
>New Haven, Connecticut 06510

Mail the check (made payable to the **Department of Justice**) and a **copy** of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn: Financial Litigation Unit

4