*Answer to Writ of Garnishment                    3:01cv1467 (JBA)*

The Court will notify you and the other parties of the date and time for the hearing. A hearing will be set as soon as possible.

I request a hearing for the following reason(s):

_____ 1. The nonexempt earnings statement is incorrectly filled out.

_____ 2. I do not owe the money to the Government as it says I do.

✓ 3. Other: *garnish adjustment* _____

_____ 4. I request that this proceeding be transferred to _____ because _____

_____ 5. I claim the following exemption(s):

Date: *2/25/04*

*Shonda F. Reaves*
Signature

*Shonda F. Reaves*
Type or print full name

*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*
Social Security number

*129 Wooster Ave*
Home address

*Stratford, CT 06615*
City, State, Zip Code

*203-378-4169*
Home phone number

*203-402-4681*
Work phone number

2

*Answer to Writ of Garnishment*

Mail your original Request to:

>United States District Court
>Office of The Clerk
>141 Church Street
>New Haven, Connecticut 06510

FILED

FEB 26  2 22 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

Send a copy of your request to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut  06510
>(203) 821-3700
>
>Attn: Christine Sciarrino
>      Assistant U.S. Attorney

## C E R T I F I C A T I O N

I, Shonda F. Reaves, hereby certify that I mailed the Request for Hearing on Wage Garnishment to the Clerk, United States District Court, 141 Church Street, New Haven, Connecticut 06510, and mailed copies to Assistant United States Attorney Christine Sciarrino, 157 Church Street, Connecticut 06510 and to Hasler Inc., Payroll Department, 19 Forest Parkway, Shelton  CT on this 25 day of February, 2004.

Shonda F. Reaves
Shonda F. Reaves

3