```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

United States of America,      :

          Plaintiff,            :

     v.                         :   CIVIL NO: 3:01CV01467 (JBA)

Shonda F. Reaves,               :

          Defendant.            :   January 13, 2005
```

**<u>SATISFACTION OF JUDGMENT</u>**

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

```
                    RESPECTFULLY SUBMITTED,

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY


                    CHRISTINE SCIARRINO
                    ATTORNEY BAR NO: CT03393
                    ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                    UNITED STATES ATTORNEY'S OFFICE
                    P. O. BOX 1824
                    NEW HAVEN, CT  06508
                    TELEPHONE: (203) 821-3700
                    FAX: (203) 773-5392
                    E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV
```

## **C E R T I F I C A T I O N**

    This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on January 13, 2005.

Shonda F. Reaves  
129 Wooster Avenue  
Stratford, CT  06615

                                  CHRISTINE SCIARRINO  
                                  ASSISTANT UNITED STATES ATTORNEY